AO 440 (Rev. 06/12) Summons in a Civil Action

Civil Action No. 0:24-cv-03701-LMP-LIB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Julie Hanson__
was received by me on *(date)* _____.

I personally served the summons on the individual at *(place)* __103 N. Main St. Mahnomen, Minnesota__ on *(date)* __10/03/24__ or

I left the summons at the individual's residence or usual place of abode with *(name)* _____ _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ _____ on *(date)* _____; or

I returned the summons unexecuted because _____; or

Other *(specify)*:

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: __10/03/2024__

__Stele Long__
*Server's signature*

__Steven P Long__
*Printed name and title*

__3701 28th St. N, Moorhead, MN 56560__
*Server's address*

Additional information regarding attempted service, etc:
Service attempted twice. Service successful on second attempt.