## AFFIDAVIT OF SERVICE

| Case: 0:24−cv−03701−LMP−LIB | Court: | County: | Job: 11880235 (131167.0000) |
|---|---|---|---|
| **Plaintiff / Petitioner:** Amy Allene Thorson, et al. | | **Defendant / Respondent:** Cristie Cahlin, et al | |
| **Received by:** | | **For:** Robins Kaplan | |
| **To be served upon:** Christie Cahlin | | | |

I, Steven Long, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents.

| | |
|---|---|
| **Recipient Name / Address:** | Defendant, Christie Cahlin, Mahnomen County Social Services Department: 103 North Main Street, Mahnomen, MN 56557 |
| **Manner of Service:** | Personal/Individual, Oct 9, 2024, 2:04 pm CDT |
| **Documents:** | Summons and Complaint |

**Additional Comments:**
1) Unsuccessful Attempt: Sep 30, 2024, 11:55 am CDT at Mahnomen County Social Services Department: 103 North Main Street, Mahnomen, MN 56557
Secretary provided information that defendant is at a conference. No additional information as to return was provided.

2) Unsuccessful Attempt: Oct 3, 2024, 10:37 am CDT at Mahnomen County Social Services Department: 103 North Main Street, Mahnomen, MN 56557
Was told that CAHLIN is out on medical leave and will not be in this week. May be in next week, but that is unknown for sure.

3) Successful Attempt: Oct 9, 2024, 2:04 pm CDT at Mahnomen County Social Services Department: 103 North Main Street, Mahnomen, MN 56557 received by Defendant, Christie Cahlin.

*[signature: Steven Long]*                    10/15/2024

Steven Long                                        Date