UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| Amy Allene Thorson and Karley Jo Thorson<br><br>    Plaintiffs,<br><br>vs.<br><br>Cristie Cahlin, acting in her individual capacity as a Mahnomen County Child Protection Worker and Julie Hanson, acting in her individual capacity as a Mahnomen County Child Protection Supervisor,<br><br>    Defendants. | Civ. No. 24-cv-03701 (LMP/LIB)<br><br><br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER PLAINTIFFS' COMPLAINT** |

_____

WHEREAS, Plaintiffs served a Summons and Complaint in the above-captioned matter on Defendants Cristie Cahlin and Julie Hanson on or about October 3, 2024 and October 9, 2024 respectively.

WHEREAS, under Fed. R. Civ. P. 12, Defendants' Answer to Plaintiffs' Complaint is due on October 30, 2024.

NOW, THEREFORE, Plaintiffs and Defendants agree as follows:

    1.    The time for Defendants to file an Answer to Plaintiffs' Complaint shall be extended to December 2, 2024; and

    2.    The extension of time to answer described in the preceding paragraph shall not constitute or result in wavier of any defenses which Defendants had or

could have asserted were Defendants to file an answer within the time prescribed in Fed. R. Civ. P. 12.

                                      ROBINS KAPLAN LLP

Dated: October 28, 2024          By:   /s/Marc E. Betinsky
                                                Robert Bennett # 6713
                                                Andrew J. Noel #322118
                                                Kathryn H. Bennett # 0392087
                                                Marc E. Betinsky # 0388414
                                                Greta A. Wiessner #0401130
                                                Julie C. Moroney # 0504300
                                                Attorneys for Plaintiffs
                                                800 LaSalle Ave, Suite 2800
                                                Minneapolis, MN 55402
                                                (612) 349-8500
                                                rbennett@robinskaplan.com
                                                anoel@robinskaplan.com
                                                kbennett@robinskaplan.com
                                                mbetinsky@robinskaplan.com
                                                gwiessner@robinskaplan.com
                                                jmoroney@robinskaplan.com

                                       and

                                                RINGSTROM DEKREY
                                                Dane DeKrey # 0397334
                                                Attorneys for Plaintiffs
                                                814 Center Ave, Suite 5
                                                Moorhead, MN 56560
                                                284-0484
                                                dane@ringstromdekrey.com

                                              QUINLIVAN & HUGHES, P.A.

Dated: October 28, 2024        By:   /s/Dyan J. Ebert
                                                        Dyan J. Ebert # 0237966
                                                        Cally Kjellberg-Nelson #0390443
                                                        Attorneys for Defendants
                                                        PO Box 1008
                                                        St. Cloud, MN 56302-1008
                                                        (320) 251-1414
                                                        debert@quinlivan.com
                                                        ckjellberg-nelson@quinlivan.com